DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUILLERMO FOSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-878

[September 15, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 94-014203CF10A.

Guillermo Foster, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***